[X] CHAPTER 13 PLAN                              [ ] AMENDED PLAN DATE _____
Debtor(s) STANLEY BRYAN OLIVER, JR.              Case No. 6:14-bk-10201-KSJ

The projected disposable income of the debtor(s) is submitted to the supervision and control of the Trustee, and the debtor(s) shall pay to the Trustee by money order or cashier's check commencing by the 30th day following the filing of the original Chapter 13 Plan, the sum of $275.00 for months No. 1 to No. 12, $440.00 for month 13, $503.80 for months 14 to 15, $789.80 for month 16 and $873.40 for months 17 to 60. From the payments received, the Trustee shall make disbursements as follows:

PRIORITY:   The Trustee percentage fee as set by the United States Trustee, AND:

| Name of Creditor | Claim Amount | Payment Amount | Payment Numbers |
|---|---|---|---|
| NONE | | | |

SECURED:

| Name of Creditor | Claim Amount | Payment Amount | Payment Numbers |
|---|---|---|---|
| NONE TO BE PAID IN THE PLAN | | | |

SECURED ARREARAGES:
NONE

SECURED TO BE PAID **OUTSIDE OF PLAN**:

| Name of Creditor | Claim Amount | Payment Amount | Payment Numbers |
|---|---|---|---|
| Regions Mortgage | $211,348.00 | $1,304.00 | 1-60 |
| Wells Fargo | $ 3,976.00 | $ 260.00 | 1-15 |
| | | $ 76.00 | 16 |
| Capital One | $ 1,858.00 | $ 150.00 | 1-12 |
| | | $ 58.00 | 13 |

VALUATION OF SECURITY:

| Name of Creditor | Claim Amount | Valued Amount | Plus % Int. | Payment Amount | Payment Numbers |
|---|---|---|---|---|---|
| NONE | | | | | |

CREDITORS' LIENS TO BE AVOIDED:

Creditor's Names:    PNC BANK (second mortgage) to be stripped.

UNSECURED CREDITORS whose claims are allowed shall receive a pro rata share of the balance of funds remaining after payments to Priority and Secured Creditors are made.

OTHER PROVISIONS:

1.   Secured creditors shall retain their liens until their claims are paid in full.

2. Assumption or rejection of executory contracts and unexpired leases shall be accomplished by notice separate from this Plan.

Dated: **10/29/14**

_____     _____
Signature of Debtor                                          Signature of Joint Debtor

Dated: **10/29/14**

_____
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, DIVISION

IN RE:

STANLEY BRYAN OLIVER, JR.,          CASE NO.: 6:14-bk-10201-KSJ
    Debtor,
_____/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Chapter 13 Plan was furnished by US Mail/email transmission to Debtor, Laurie Weatherford, Chapter 13 Trustee, P.O Box 3450, Winter Park, FL 32790, U.S. Trustee, 400 West Washington Street, Orlando, FL 32801 and all interested parties on the attached mailing matrix this 30th day of October, 2014.

/S/ Carl L. Griffin
CARL L. GRIFFIN, ESQUIRE
Carl L. Griffin, P.A.
2223 Curry Ford Road
Orlando, FL 32806
(407) 897-2275  Fax (407) 897-3238
Florida Bar No. 888850
Attorney for Debtor

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:14-bk-10201-KSJ<br>Middle District of Florida<br>Orlando<br>Thu Oct 30 09:41:21 EDT 2014 | American Express<br>PO Box 650448<br>Dallas, Texas 75265-0448 | Capital One<br>PO Box 5893<br>Carol Stream, Illinois 60197-5893 |
| Christine E. Oliver<br>5331 Emerald Isle Drive<br>Orlando, Florida 32812-8844 | Fifth Third Bank<br>PO Box 740789<br>Cincinnati, Ohio 45274-0789 | Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 |
| Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 | Orange County Tax Collector<br>PO Box 545100<br>Orlando FL 32854-5100 | PNC Bank<br>PO Box 5570<br>Cleveland, Ohio 44101-0570 |
| Regions<br>PO Box 2224<br>Birmingham, Alabama 35246-0001 | Regions Mortgage<br>PO Box 18001<br>Hattiesburg, Mississippi 39404-8001 | Saks World Elite MC<br>PO Box 9155<br>Carols Stream, Illinois 60197 |
| United States Trustee<br>400 W. Washington Street<br>Orlando, Florida 32801-2440 | United States Trustee - ORL7/13<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 | Wells Fargo<br>PO Box 29704<br>Phoenix, Arizona 85038-9704 |
| Carl L Griffin<br>Carl L Griffin PA<br>2223 Curry Ford Road<br>Orlando, FL 32806-1907 | Laurie K Weatherford<br>Post Office Box 3450<br>Winter Park, FL 32790-3450 | Stanley Bryan Oliver, Jr.<br>3218 McEwan Lane<br>Orlando, FL 32812-6825 |

End of Label Matrix
Mailable recipients   17
Bypassed recipients    0
Total                 17